Honorable Marc Barreca
Hearing date: August 9, 2017; 10:00 a.m.
Hearing Place: Marysville Municipal Court, Courtroom 1
1015 State Avenue, Marysville, WA 98270
Responses due by: August 2, 2017; by 4:30 p.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Bankruptcy No. 15-15325 |
| NATHAN CONSTRUCTION INC., ) | |
| ) | TRUSTEE'S MOTION FOR AN ORDER |
| Debtor(s). ) | AUTHORIZING SALE OF PERSONAL |
| ) | PROPERTY OF THE ESTATE |

COMES NOW the duly appointed trustee, Michael P. Klein, through counsel, The Livesey Law Firm, and Rory C. Livesey, and files this motion for an order authorizing the trustee to sell the personal property listed on the debtor's schedules to the debtor's principal, Charles Nathan, for $15,000. The sale will be "as-is, where-is" with no warranties or representations. The sale will not be free and clear of liens and interests, although the trustee is not aware of any encumbrances against the assets he is proposing to sell.

The debtor's schedules list miscellaneous tools and equipment, office furniture, computer hardware and software and the following vehicles: 1997 Isuzu Hombre Spacecab Pickup Truck, 1995 Wells Cargo Trailer, 2002 Ford F150 and a 2010 Lexus RX 450h sport utility 4D. The trustee has had the equipment viewed by an auctioneer who has concluded that the proposed purchase price is reasonable. The trustee believes it is unlikely he would get a better price at auction.

The terms of the sale are as follows: the purchaser will pay the estate $3,000 upon court approval of the sale. He will then pay a minimum of $1,000 per month until the obligation is paid in full. Once that has concluded the trustee will abandon the estate's interest in the assets.

**TRUSTEE'S MOTION FOR AN ORDER
AUTHORIZING SALE OF PERSONAL
PROPERTY OF THE ESTATE**
170712nMot Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 15-15325-MLB    Doc 71    Filed 07/14/17    Ent. 07/14/17 10:32:14    Pg. 1 of 2

1     WHEREFORE, the trustee prays for an order accordingly.

2     DATED this 13th day of July, 2017.

3                                       THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Attorneys for Trustee

**TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING SALE OF PERSONAL PROPERTY OF THE ESTATE**
170712nMot Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 15-15325-MLB    Doc 71    Filed 07/14/17    Ent. 07/14/17 10:32:14    Pg. 2 of 2